1012

[No. 45782-2-II. Division Two. July 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY A. HUESKE, *Appellant*.

 by unpublished opinion per Melnick, J., concurred in by Worswick and Lee, JJ.

[No. 45876-4-II. Division Two. July 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MAHDI ELISAH SHARRIEFF, *Appellant*.

 by unpublished opinion per Maxa, J., concurred in by Worswick and Lee, JJ.

[No. 46066-1-II. Division Two. July 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNELL WAYNE PRICE, *Appellant*.

 by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Bjorgen, J.

[No. 46215-0-II. Division Two. July 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. LAURIE K. SPANGLER, *Appellant*.

 by unpublished opinion per Maxa, J., concurred in by Lee and Sutton, JJ.